UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bella Vodovozova,<br><br>        Plaintiff,<br><br>    v.<br><br>BAC Home Loans Servicing, L.P., d/b/a Bank of America Home Loans,<br><br>        Defendant. | Civil Action No. 1:10-cv-10875 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Bella Vodovozova ("Plaintiff") and Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, hereby jointly stipulate to the dismissal of Plaintiff's First Amended Complaint and above-captioned action in its entirety with prejudice, without costs and fees, and waiving all rights of appeal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff<br>BELLA VODOVOZOVA | Defendant<br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP |
| By her attorney, | By its attorneys, |
| /s/ Josef A. Culik<br>Josef A. Culik (BBO #672665)<br>Culik Law P.C.<br>100 Cummings Center, Suite 107-K<br>Beverly, MA 01915<br>Phone:   (978) 910-0248<br>Fax:      (978) 910-0247<br>Email:    josef@culiklaw.com | /s/ Joshua M. Daniels<br>Joshua M. Daniels (BBO #673034)<br>Chad W. Higgins (BBO #668924)<br>GOODWIN PROCTER LLP<br>EXCHANGE PLACE<br>Boston, Massachusetts 02109-2881<br>(617) 570-1000<br>jdaniels@goodwinprocter.com<br>chiggins@goodwinprocter.com |
| Dated: July 14, 2011 | Dated: July 14, 2011 |

**CERTIFICATE OF SERVICE**

I, Joshua M. Daniels, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on July 14, 2011.

/s/ Joshua M. Daniels
Joshua M. Daniels